NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALICIA ANN TONDREAU-LEVE,          )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-2817
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____    )

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Alicia Tondreau-Leve, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.


            Affirmed.


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.